## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: MALIK, ALBERT R | § | Case No. 12-81530 |
| MALIK, RENEE LYNN | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN                , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

327 South Church Street, Room #1100
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 09/16/2013 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100 Rockford, IL 61101.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  07/30/2013 _____    By:  /s/JOSEPH D. OLSEN _____

                                                            Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| In re: MALIK, ALBERT R | § | Case No. 12-81530 |
|---|---|---|
| MALIK, RENEE LYNN | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

|  |  |  |
|---|---|---|
| *The Final Report shows receipts of* | $ | 85,000.00 |
| *and approved disbursements of* | $ | 205.56 |
| *leaving a balance on hand of* [1] | $ | 84,794.44 |

| **Balance on hand:** | $ | 84,794.44 |
|---|---|---|

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| Total to be paid to secured creditors: | $ | 0.00 |
|---|---|---|
| Remaining balance: | $ | 84,794.44 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 7,348.96 | 0.00 | 7,348.96 |
| Trustee, Expenses - JOSEPH D. OLSEN | 37.75 | 0.00 | 37.75 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 3,212.50 | 0.00 | 3,212.50 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 293.00 |

| Total to be paid for chapter 7 administration expenses: | $ | 10,892.21 |
|---|---|---|
| Remaining balance: | $ | 73,902.23 |

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00

Remaining balance: $ 73,902.23

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00

Remaining balance: $ 73,902.23

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 70,703.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 3,024.55 | 0.00 | 3,024.55 |
| 2 | First National Bank of Omaha | 14,110.99 | 0.00 | 14,110.99 |
| 3 | FIA CARD SERVICES, N.A. | 13,387.16 | 0.00 | 13,387.16 |
| 4 | FIA CARD SERVICES, N.A. | 5,524.07 | 0.00 | 5,524.07 |
| 5 | FIA CARD SERVICES, N.A. | 5,583.72 | 0.00 | 5,583.72 |
| 6 | Citibank, N.A. | 1,295.50 | 0.00 | 1,295.50 |
| 7 | US BANK N.A. | 7,355.56 | 0.00 | 7,355.56 |
| 8 | PYOD, LLC its successors and assigns as assignee | 2,899.70 | 0.00 | 2,899.70 |
| 9 | PYOD, LLC its successors and assigns as assignee | 4,816.60 | 0.00 | 4,816.60 |

**UST Form 101-7-NFR (10/1/2010)**

| 10 | PYOD, LLC its successors and assigns as assignee | 12,706.02 | 0.00 | 12,706.02 |
|----|--------------------------------------------------|-----------|------|-----------|

Total to be paid for timely general unsecured claims: $ 70,703.87

Remaining balance: $ 3,198.36

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------|--------------------------|------------------|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 3,198.36

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------|--------------------------|------------------|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 3,198.36

    To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $177.47. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

    The amount of surplus returned to the debtor after payment of all claims and interest is $ 3,020.89.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JOSEPH D. OLSEN _____

Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-81530-TML
Albert R Malik                                                            Chapter 7
Renee Lynn Malik
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: lorsmith          Page 1 of 3          Date Rcvd: Aug 13, 2013
                             Form ID: pdf006          Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2013.
db/jdb    +Albert R Malik,    Renee Lynn Malik,    3204 Foxview Highland Dr.,   McHenry, IL 60050-6667
18791311  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
            (address filed with court: Bank of America,    PO Box 982235,   El Paso, TX  79998)
18791314  +Bank of the West,    PO Box 4024,    Alameda, CA 94501-0424
18791316  +Citi Bank,    Box 6500,    Sioux Falls, SD 57117-6500
18791317  +Coldwater Creek,    P.O. Box 15298,    Wilmington, DE 19850-5298
18791319   Exxon Mobil,    PO Box 688940,    Des Moines, IA 50368-8940
19000813  +First National Bank of Omaha,    1620 Dodge Street Stop Code 3105,   Omaha Ne 68197-0002
18791321  +First National Bank of Omaha,    PO Box 8580,    Omaha, NE 68108-0580
18791322  +Home Depot,    PO Box 182676,    Columbus, OH 43218-2676
18791330  +JP Morgan Chase Bank,    PO Box 659754,    San Antonio, TX 78265-9754
18791323   JP Morgan Chase Bank,    PO Box 15153,    Wilmington, DE  19886-5153
18791331   Sears,   PO Box 183082,    Columbus, OH 43218-3082
19074574  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
            (address filed with court: US BANK N.A.,    BANKRUPTCY DEPARTMENT,   P.O. BOX 5229,
            CINCINNATI, OH 45201-5229)


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18791315   +E-mail/Text: bk.notifications@jpmchase.com Aug 14 2013 01:22:53   Chase Auto Finance,
            PO Box 901076,    Fort Worth, TX 76101-2076
19070521    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 14 2013 01:36:02    Citibank, N.A.,
            c/o American InfoSource LP,    PO Box 248840,   Oklahoma City, OK  73124-8840
18791318    E-mail/PDF: mrdiscen@discoverfinancial.com Aug 14 2013 01:36:21    Discover,   PO Box 6103,
            Carol Stream, IL 60197-6103
18992572    E-mail/PDF: mrdiscen@discoverfinancial.com Aug 14 2013 01:36:21    Discover Bank,
            DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
18791320   +E-mail/Text: sjd@firstmchenry.com Aug 14 2013 01:28:20    First National Bank of McHenry,
            P.O. Box 338,    McHenry, IL 60051-0338
20725274    E-mail/PDF: rmscedi@recoverycorp.com Aug 14 2013 01:40:18    GE Capital Retail Bank,
            c/o Recovery Management Systems Corp,    25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605,
            Attn: Ramesh Singh
19355932   +E-mail/Text: resurgentbknotifications@resurgent.com Aug 14 2013 01:21:35
            PYOD, LLC its successors and assigns as assignee,    of Citibank,   Resurgent Capital Services,
            PO Box 19008,    Greenville, SC 29602-9008
20725298    E-mail/PDF: rmscedi@recoverycorp.com Aug 14 2013 01:40:18    Portfolio Investments I LLC,
            c/o Recovery Management Systems Corp,    25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605,
            Attn: Ramesh Singh
20723585    E-mail/PDF: rmscedi@recoverycorp.com Aug 14 2013 01:40:18
            Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
            Miami, FL 33131-1605
                                                                                   TOTAL: 9


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19069823*  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
            (address filed with court: FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102)
18791312*  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
            (address filed with court: Bank of America,    PO Box 982235,   El Paso, TX  79998)
18791313*  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
            (address filed with court: Bank of America,    PO Box 982235,   El Paso, TX  79998)
18791324*   JP Morgan Chase Bank,    PO Box 15153,    Wilmington, DE  19886-5153
18791325*   JP Morgan Chase Bank,    PO Box 15153,    Wilmington, DE  19886-5153
18791326*   JP Morgan Chase Bank,    PO Box 15153,    Wilmington, DE  19886-5153
18791327*   JP Morgan Chase Bank,    PO Box 15153,    Wilmington, DE  19886-5153
18791328*   JP Morgan Chase Bank,    PO Box 15153,    Wilmington, DE  19886-5153
18791329*   JP Morgan Chase Bank,    PO Box 15153,    Wilmington, DE  19886-5153
18791332*  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
            (address filed with court: US Bank,    PO Box 790408,   St. Louis, MO 63179-0408)
                                                                    TOTALS: 0, * 10, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-3          User: lorsmith          Page 2 of 3          Date Rcvd: Aug 13, 2013
                             Form ID: pdf006          Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 15, 2013**                    **Signature:**          _Joseph Speetjens_

```
District/off: 0752-3         User: lorsmith            Page 3 of 3           Date Rcvd: Aug 13, 2013
                             Form ID: pdf006           Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2013 at the address(es) listed below:
```
          Carole J. Ryczek    on behalf of Trustee Joseph D Olsen carole.ryczek@usdoj.gov
          Craig A Willette    on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
          Joseph D Olsen    on behalf of Plaintiff Joseph D Olsen Jolsenlaw@comcast.net,  IL46@ECFCBIS.com
          Joseph D Olsen    Jolsenlaw@comcast.net,  IL46@ECFCBIS.com
          Joseph D Olsen    on behalf of Trustee Joseph D Olsen jolsenlaw@aol.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Scott A Bentley    on behalf of Joint Debtor Renee Lynn Malik scottbentleylaw@gmail.com
          Scott A Bentley    on behalf of Debtor Albert R Malik scottbentleylaw@gmail.com
          Terri M Long    on behalf of Creditor   Bank of the West Courts@tmlong.com
                                                                          TOTAL: 9
```