**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: MALIK, ALBERT R § Case No. 12-81530
     MALIK, RENEE LYNN § 
      §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $177,893.00            Assets Exempt: $4,050.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $70,881.34      Claims Discharged
                                                    Without Payment: $33,213.43

Total Expenses of Administration: $11,097.77

---

    3) Total gross receipts of $ 85,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,020.89 (see **Exhibit 2**), yielded net receipts of $81,979.11 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $206,974.86 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 3,505.50 | 11,097.77 | 11,097.77 | 11,097.77 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 88,835.21 | 70,881.34 | 70,881.34 | 70,881.34 |
| **TOTAL DISBURSEMENTS** | $299,315.57 | $81,979.11 | $81,979.11 | $81,979.11 |

4) This case was originally filed under Chapter 7 on April 18, 2012. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/22/2013    By: /s/JOSEPH D. OLSEN
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Interests - Beneficiary Boysen Estate | 1129-000 | 85,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$85,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MALIK, ALBERT R | Dividend paid 100.00% on $3,020.89; Claim# SURPLUS; Filed: $3,020.89; Reference: | 8200-003 | 0.00 |
| Albert R. Malik and Renee Lynn Malik | Surplus to Debtors | 8200-002 | 3,020.89 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$3,020.89** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase Auto Finance | 4110-000 | 4,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of the West | 4110-000 | 79,000.00 | N/A | N/A | 0.00 |
| NOTFILED | JP Morgan Chase Bank | 4110-000 | 54,207.86 | N/A | N/A | 0.00 |
| NOTFILED | First National Bank of McHenry | 4110-000 | 69,567.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$206,974.86** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 7,348.96 | 7,348.96 | 7,348.96 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 37.75 | 37.75 | 37.75 |
| United States Bankruptcy Court | 2700-000 | N/A | 293.00 | 293.00 | 293.00 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 3,212.50 | 3,212.50 | 3,212.50 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 81.54 | 81.54 | 81.54 |
| Rabobank, N.A. | 2600-000 | N/A | 114.02 | 114.02 | 114.02 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $11,097.77 | $11,097.77 | $11,097.77 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 2,838.00 | 3,024.55 | 3,024.55 | 3,024.55 |
| 1I | Discover Bank | 7990-000 | N/A | 7.59 | 7.59 | 7.59 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | First National Bank of Omaha | 7100-000 | 13,860.00 | 14,110.99 | 14,110.99 | 14,110.99 |
| 2I | First National Bank of Omaha | 7990-000 | N/A | 35.42 | 35.42 | 35.42 |
| 3 | FIA CARD SERVICES, N.A. | 7100-000 | 13,387.00 | 13,387.16 | 13,387.16 | 13,387.16 |
| 3I | FIA CARD SERVICES, N.A. | 7990-000 | N/A | 33.60 | 33.60 | 33.60 |
| 4 | FIA CARD SERVICES, N.A. | 7100-000 | 5,500.00 | 5,524.07 | 5,524.07 | 5,524.07 |
| 4I | FIA CARD SERVICES, N.A. | 7990-000 | N/A | 13.87 | 13.87 | 13.87 |
| 5 | FIA CARD SERVICES, N.A. | 7100-000 | 5,420.00 | 5,583.72 | 5,583.72 | 5,583.72 |
| 5I | FIA CARD SERVICES, N.A. | 7990-000 | N/A | 14.02 | 14.02 | 14.02 |
| 6 | Citibank, N.A. | 7100-000 | N/A | 1,295.50 | 1,295.50 | 1,295.50 |
| 6I | Citibank, N.A. | 7990-000 | N/A | 3.25 | 3.25 | 3.25 |
| 7 | US BANK N.A. | 7100-000 | 7,192.00 | 7,355.56 | 7,355.56 | 7,355.56 |
| 7I | US BANK N.A. | 7990-000 | N/A | 18.46 | 18.46 | 18.46 |
| 8 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 2,684.00 | 2,899.70 | 2,899.70 | 2,899.70 |
| 8I | PYOD, LLC its successors and assigns as assignee | 7990-000 | N/A | 7.28 | 7.28 | 7.28 |
| 9 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 4,740.78 | 4,816.60 | 4,816.60 | 4,816.60 |
| 9I | PYOD, LLC its successors and assigns as assignee | 7990-000 | N/A | 12.09 | 12.09 | 12.09 |
| 10 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 12,706.02 | 12,706.02 | 12,706.02 |
| 10I | PYOD, LLC its successors and assigns as assignee | 7990-000 | N/A | 31.89 | 31.89 | 31.89 |
| NOTFILED | JP Morgan Chase Bank | 7100-000 | 9,000.00 | N/A | N/A | 0.00 |
| NOTFILED | JP Morgan Chase Bank | 7100-000 | 114.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot | 7100-000 | 1,237.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Bank | 7100-000 | 12,493.43 | N/A | N/A | 0.00 |
| NOTFILED | JP Morgan Chase Bank | 7100-000 | 690.00 | N/A | N/A | 0.00 |
| NOTFILED | Coldwater Creek | 7100-000 | 1,235.00 | N/A | N/A | 0.00 |
| NOTFILED | JP Morgan Chase Bank | 7100-000 | 794.00 | N/A | N/A | 0.00 |
| NOTFILED | JP Morgan Chase Bank | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | JP Morgan Chase Bank | 7100-000 | 3,300.00 | N/A | N/A | 0.00 |
| NOTFILED | JP Morgan Chase Bank | 7100-000 | 4,200.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$88,835.21** | **$70,881.34** | **$70,881.34** | **$70,881.34** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-81530  
**Case Name:** MALIK, ALBERT R  
MALIK, RENEE LYNN  
**Period Ending:** 11/22/13

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 04/18/12 (f)  
**§341(a) Meeting Date:** 05/24/12  
**Claims Bar Date:** 08/29/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  0 - AdResidence, X-0933204 Foxview Highland Dr. | 147,843.00 | 0.00 | | 0.00 | FA |
| 2  Cash on Hand Residence | 50.00 | 0.00 | | 0.00 | FA |
| 3  Checking Account #419435 | 200.00 | 0.00 | | 0.00 | FA |
| 4  r. 4Checking Account #665080214 Morgan Chase Ban | 150.00 | 0.00 | | 0.00 | FA |
| 5  HoSavings Account #1020125363 Savings Bank Bank | 350.00 | 0.00 | | 0.00 | FA |
| 6  Household Furniture and goods | 300.00 | 0.00 | | 0.00 | FA |
| 7  Books, pictures and other art objects | 200.00 | 0.00 | | 0.00 | FA |
| 8  Wearing Apparel Debtor's Residence | 200.00 | 0.00 | | 0.00 | FA |
| 9  Firearms, sports equipment hobby equipment. Resi | 100.00 | 0.00 | | 0.00 | FA |
| 10  Interest in Insurance Policy company of each pol | 0.00 | 0.00 | | 0.00 | FA |
| 11  Interests - Beneficiary Boysen Estate | 0.00 | 85,000.00 | | 85,000.00 | FA |
| 12  2005 Toyota Prius and accessories. Residence | 2,500.00 | 0.00 | | 0.00 | FA |
| 13  1-22008 Toyota Prius Residence | 6,000.00 | 0.00 | | 0.00 | FA |
| 14  kruWinnebago Motor Home Residence | 20,000.00 | 0.00 | | 0.00 | FA |
| 15  Securities  (u) | 0.00 | 3,500.00 | | 0.00 | FA |
| **15  Assets   Totals** (Excluding unknown values) | **$177,893.00** | **$88,500.00** | | **$85,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   June 30, 2013            **Current Projected Date Of Final Report (TFR):**   July 30, 2013  (Actual)

Printed: 11/22/2013 01:57 PM     V.13.13

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-81530
**Case Name:** MALIK, ALBERT R
MALIK, RENEE LYNN
**Taxpayer ID #:** **-***6032
**Period Ending:** 11/22/13

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** Rabobank, N.A.
**Account:** ****029366 - Checking Account
**Blanket Bond:** $820,095.60 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/29/13 | {11} | Renee L. Malik/Ross E. Hugi | Boysen Estate | 1129-000 | 85,000.00 | | 85,000.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 84,990.00 |
| 06/05/13 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2013 FOR CASE #12-81530, Bond #016018067 | 2300-000 | | 81.54 | 84,908.46 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 114.02 | 84,794.44 |
| 09/18/13 | 102 | United States Bankruptcy Court | Dividend paid 100.00% on $293.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 293.00 | 84,501.44 |
| 09/18/13 | 103 | Yalden, Olsen & Willette | Dividend paid 100.00% on $3,212.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,212.50 | 81,288.94 |
| 09/18/13 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $7,348.96, Trustee Compensation;  Reference: | 2100-000 | | 7,348.96 | 73,939.98 |
| 09/18/13 | 105 | JOSEPH D. OLSEN | Dividend paid 100.00% on $37.75, Trustee Expenses;  Reference: | 2200-000 | | 37.75 | 73,902.23 |
| 09/18/13 | 106 | MALIK, ALBERT R | Dividend paid 100.00% on $3,020.89; Claim# SURPLUS; Filed: $3,020.89; Reference: Voided on 09/19/13 | 8200-003 | | 3,020.89 | 70,881.34 |
| 09/18/13 | 107 | Citibank, N.A. | Combined Check for Claims#6,6I | | | 1,298.75 | 69,582.59 |
| | | | Dividend paid 100.00% on $1,295.50;  Claim# 6; Filed: $1,295.50 | 1,295.50 | 7100-000 | | 69,582.59 |
| | | | Dividend paid 100.00% on $3.25;  Claim# 6I; Filed: $3.25 | 3.25 | 7990-000 | | 69,582.59 |
| 09/18/13 | 108 | Discover Bank | Combined Check for Claims#1,1I | | | 3,032.14 | 66,550.45 |
| | | | Dividend paid 100.00% on $3,024.55;  Claim# 1; Filed: $3,024.55 | 3,024.55 | 7100-000 | | 66,550.45 |
| | | | Dividend paid 100.00% on $7.59;  Claim# 1I; Filed: $7.59 | 7.59 | 7990-000 | | 66,550.45 |
| 09/18/13 | 109 | FIA CARD SERVICES, N.A. | Combined Check for Claims#3,4,5,3I,4I,5I | | | 24,556.44 | 41,994.01 |
| | | | Dividend paid 100.00% on $13,387.16;  Claim# 3; Filed: $13,387.16 | 13,387.16 | 7100-000 | | 41,994.01 |
| | | | Dividend paid 100.00% on $5,524.07;  Claim# 4; Filed: $5,524.07 | 5,524.07 | 7100-000 | | 41,994.01 |

Subtotals :    $85,000.00    $43,005.99

{} Asset reference(s)

Printed: 11/22/2013 01:57 PM    V.13.13

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-81530  
**Case Name:** MALIK, ALBERT R  
MALIK, RENEE LYNN  
**Taxpayer ID #:** **-***6032  
**Period Ending:** 11/22/13  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****029366 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00% on $5,583.72; Claim# 5; Filed: $5,583.72 | 5,583.72 | 7100-000 | | | 41,994.01 |
| | | | Dividend paid 100.00% on $33.60; Claim# 3I; Filed: $33.60 | 33.60 | 7990-000 | | | 41,994.01 |
| | | | Dividend paid 100.00% on $13.87; Claim# 4I; Filed: $13.87 | 13.87 | 7990-000 | | | 41,994.01 |
| | | | Dividend paid 100.00% on $14.02; Claim# 5I; Filed: $14.02 | 14.02 | 7990-000 | | | 41,994.01 |
| 09/18/13 | 110 | First National Bank of Omaha | Combined Check for Claims#2,2I | | | | 14,146.41 | 27,847.60 |
| | | | Dividend paid 100.00% on $14,110.99; Claim# 2; Filed: $14,110.99 | 14,110.99 | 7100-000 | | | 27,847.60 |
| | | | Dividend paid 100.00% on $35.42; Claim# 2I; Filed: $35.42 | 35.42 | 7990-000 | | | 27,847.60 |
| 09/18/13 | 111 | PYOD, LLC its successors and assigns as assignee | Combined Check for Claims#8,9,10,8I,9I,10I | | | | 20,473.58 | 7,374.02 |
| | | | Dividend paid 100.00% on $2,899.70; Claim# 8; Filed: $2,899.70 | 2,899.70 | 7100-000 | | | 7,374.02 |
| | | | Dividend paid 100.00% on $4,816.60; Claim# 9; Filed: $4,816.60 | 4,816.60 | 7100-000 | | | 7,374.02 |
| | | | Dividend paid 100.00% on $12,706.02; Claim# 10; Filed: $12,706.02 | 12,706.02 | 7100-000 | | | 7,374.02 |
| | | | Dividend paid 100.00% on $7.28; Claim# 8I; Filed: $7.28 | 7.28 | 7990-000 | | | 7,374.02 |
| | | | Dividend paid 100.00% on $12.09; Claim# 9I; Filed: $12.09 | 12.09 | 7990-000 | | | 7,374.02 |
| | | | Dividend paid 100.00% on $31.89; Claim# 10I; Filed: $31.89 | 31.89 | 7990-000 | | | 7,374.02 |

Subtotals : $0.00 $34,619.99

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 12-81530  
**Case Name:** MALIK, ALBERT R  
MALIK, RENEE LYNN  
**Taxpayer ID #:** **-***6032  
**Period Ending:** 11/22/13  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****029366 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/18/13 | 112 | US BANK N.A. | Combined Check for Claims#7,7I | | | 7,374.02 | 0.00 |
| | | | Dividend paid 100.00%   7,355.56<br>on $7,355.56;  Claim# 7;<br>Filed: $7,355.56 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%   18.46<br>on $18.46;  Claim# 7I;<br>Filed: $18.46 | 7990-000 | | | 0.00 |
| 09/19/13 | 106 | MALIK, ALBERT R | Dividend paid 100.00% on $3,020.89; Claim# SURPLUS; Filed: $3,020.89; Reference:<br>Voided: check issued on 09/18/13 | 8200-003 | | -3,020.89 | 3,020.89 |
| 09/19/13 | 113 | Albert R. Malik and Renee Lynn Malik | Surplus to Debtors | 8200-002 | | 3,020.89 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 85,000.00 | 85,000.00 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 85,000.00 | 85,000.00 | |
| | | | Less: Payments to Debtors | | | 3,020.89 | |
| | | | **NET Receipts / Disbursements** | | **$85,000.00** | **$81,979.11** | |

|  |  |
|---|---|
| Net Receipts : | 85,000.00 |
| Less Payments to Debtor : | 3,020.89 |
| Net Estate : | $81,979.11 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****029366** | 85,000.00 | 81,979.11 | 0.00 |
| | **$85,000.00** | **$81,979.11** | **$0.00** |

{} Asset reference(s)

Printed: 11/22/2013 01:57 PM    V.13.13